# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **SENTENCING MINUTES** |
| **ERIC NOE ARAUJO FLORES** | Case No. 15-CR-320 |

| | |
|---|---|
| HONORABLE LIAM O'GRADY presiding | Time Called: 10:07 a.m. |
| Proceeding Held: June 3, 2016 | Time Concluded: 10:31 a.m. |
| Deputy Clerk: Amanda | Court Reporter: N. Linnell |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Michael Frank |
| ERIC NOE ARAUJO FLORES in person and by: | Joseph Conte |
| INTERPRETER: Angeles Estrada | ☒ Interpreter Sworn |

---

| | |
|---|---|
| ☒ The parties have no objections to the factual statements in the PSR | ☒ The parties have no objections to the application of the guidelines in the PSR |
| ☐ Objections/corrections to factual statements in PSR by ☐ Plaintiff ☐ Defendant | ☐ Objections/corrections to application of guidelines by ☐ Plaintiff ☐ Defendant |

---

| | |
|---|---|
| ☒ The government presents sentencing argument: Recommends a sentence of 30 years. | ☒ The defendant presents sentencing argument: Requests mandatory minimum of 10 years. |
| ☒ Defendant exercises right of allocution. | ☒ The court imposes sentence. |
| ☐ The government dismisses count(s) _____. | ☒ Defendant advised of appeal rights. |

**Sentencing Guidelines:**

| | | | |
|---|---|---|---|
| Offense Level: | 40 | | |
| Criminal History: | I | | |
| Imprisonment Range: | Cts: 1-4, 5 and 7 | Ct. 9 | Ct. 10 |
| | 292 – 365 months | Max. 20 years | Max. 10 years |
| SR Range: | Cts. 1-9 | Ct. 10 | |
| | 5 years | 2 – 3 years | |
| Fine Range: | $25,000.00 - $250,000.00 | | |
| Restitution: | TBD | | |
| Special Assessment: | $900.00 | | |

- Government files restitution order in open court and withdraws their notice of forfeiture
- Defendant does not challenge the government's restitution order

**SENTENCE IMPOSED:**

**Imprisonment:**    300 Months as to Count(s)    1-7 of the Indictment to run concurrently.
   240 Months as to Count(s)    9 of the Indictment to run concurrently.
   120 Months as to Count(s)    10 of the Indictment to run concurrently.

Imprisonment term for each count to be served ☒ concurrently ☐ consecutively.
TOTAL TERM OF IMPRISONMENT IMPOSED: 25 years.

☐ This term of imprisonment is to be served (☐ concurrently with <u>or</u> ☐ consecutively to) any state court sentence the defendant is currently serving.

**Probation:**     Years as to Count(s)     of the _____.

**Supervised Release:**    5 Years as to Count(s)    1-7 of the Indictment.
   5 Years as to Count(s)    9 of the Indictment.
   3 Years as to Count(s)    10 of the Indictment.

**MONETARY PENALTIES**

**Special Assessment:**    $ 900.00     due immediately

**Fine:**    $     ☒ fine waived

**Restitution:**    $ 40,370.00     ☒ interest waived

**JOINT AND SEVERAL PAYMENTS**

☐ Fine and/or ☐ Restitution is **joint and several** with _____.
☐ Repayment of Buy Money is **joint and several** with _____.

**FORFEITURE**

☐ All property forfeited upon conviction or by order of the court shall be included in the criminal judgment.

**RECOMMENDATIONS**

☐ The court recommends the defendant's placement at _____.
☐ The court recommends the defendant's participation in the Bureau of Prisons' 500-hour drug treatment program.
☐ Other: _____.

**CUSTODY**

☒ The defendant is remanded to the custody of the U.S. Marshal Service.
☐ The defendant is to voluntarily surrender at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office; ☐ on or after _____.

**CONDITIONS OF SUPERVISED RELEASE/PROBATION**

**Mandatory Conditions**
☒ Register as a Sex Offender

**Special Conditions**

☐ Drug Testing – Special Condition
☐ Drug Testing – Standard Condition
☐ Drug Testing – Waived
☒ Monthly Restitution Payment: of no less than $ 50.00
☐ Monthly Fine Payment: $ _____
☐ Repay Buy Money – Total: $ _____.
☐ Repay Buy Money:  $ _____/month
☐ No New Lines of Credit
☒ Financial Disclosure
☐ Submit to search by USPO
☐ No tavern employment or patronization
☐ No employment with fiduciary responsibilities
☐ No gambling
☐ No transfer of assets in excess of $500.00
☐ No possession/use of computer – on-line access
☐ No possession/use of data encryption/erasure
☐ Provide computer passwords and logons
☒ Consent to search of electronic devices
☒ No working/volunteering with juveniles

☐ Home Confinement for _____ days
☐ Home Confinement with Alcohol Testing for _____ days
☐ Community Correctional Center: _____ days
☐ Residential Re-Entry Center: _____ days
☒ Cooperate with Bureau of Immigration/Customs
☐ Cooperate with IRS
☐ Cooperate with Child Support
☒ Participate in mental health treatment program
☒ Participate in sex offender assessment/treatment
☒ Waive confidentiality – sex offender treatment
☐ No sexually-explicit materials w/minors
☐ No possession/viewing of pornography or erotica
☐ Obtain GED or HSED
☒ No contact – unrelated children under 18
☒ No contact with victim(s) or her family
☐ No contact with gang members
☐ Perform community service: _____ hours
☐