**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | Cr. No. 1:15-cr-00320-001 LO |
| ) | |
| ) | **NOTICE OF APPEAL** |
| ) | |
| ERIC NOE ARAUJO FLORES    ) | |
| ) | |
| _____ ) | |

      Notice is hereby given that Eric Noe Araujo Flores, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment of guilty and his sentence of 300 months entered in this action on June 3, 2016.

      Respectfully submitted,

  /s/ *Joseph R. Conte*
Joseph R. Conte, Esquire Bar #21979
Counsel for Eric Noe Araujo Flores
Law Office of J.R. Conte
400 7th St., N.W., #400
Washington, D.C. 20004
Phone:	202.638.4100
Fax:	202.628.0249
E-mail:	dcgunlaw@gmail.com

NOTICE OF APPEAL

PAGE No. 1

NOTICE OF APPEAL.wpd 060728GMT-05 JUN16

Joseph R. Conte
Counsel for Calvin Stoddard
400 Seventh St., N.W., #206
Washington, D.C. 20004
202.638.4100

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served by the court's Electronic Case Filing System to all parties this 6th day of June 2016

    /s/   *Joseph R. Conte*
Joseph R. Conte, Esquire Bar #366827
Counsel for Eric Noe Araujo Flores
Law Office of J.R. Conte
400 7th St., N.W., #400
Washington, D.C. 20004
Phone:        202.638.4100
Fax:           202.628.0249
E-mail:       dcgunlaw@gmail.com

NOTICE OF APPEAL

PAGE No. 2

NOTICE OF APPEAL.wpd 060728GMT-05 JUN16

Joseph R. Conte
Counsel for Calvin Stoddard
400 Seventh St., N.W., #206
Washington, D.C. 20004
202.638.4100