IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED IN OPEN COURT
JUN -- 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 1:15-CR-320 -LO |
| | ) |
| ERIC NOE ARAUJO FLORES, | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

### RESTITUTION ORDER

1. Pursuant to 18 U.S.C §§ 1593 and 3663(a)(1)(A), the defendant is ordered to pay restitution in the amount of **$ 40,370.00**.

2. The Clerk of Court shall forward all restitution payments to the victim at the address provided in Sealed Attachment A to this order.

3. Interest

   ✓ is waived.

   ___ accrues as provided in 18 U.S.C § 3612(f).

4. Notwithstanding any other provision of this Restitution Order or the sentence imposed, including the directive to make periodic payments, restitution is due in full and payable immediately from assets known and unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time.

5. The Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

6. If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $100.00 per month or 25 percent of net income, whichever is greater, beginning 60 days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed.



7. All payments shall be made to the Clerk of Court, United States District Court, 401 Courthouse Square, Alexandria, Virginia 22314.

8. Within 30 days of (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

9. No delinquent or default penalties will be imposed except upon Order of the Court.

/s/
Liam O'Grady
United States District Judge
Honorable Liam O'Grady
United States District Judge

ENTERED this 3rd day of June, 2016.
at Alexandria, Virginia